IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMITRUS M. MASSEY,

    Plaintiff,

v.

DARREN HUTSCHENREUTER,
LIZZIE TEGELS, AMANDA
KRAGNESS, KEVIN GARCEAU, ERIN
DUNAHAY, MS. BECHARD,
CAPTAIN CARRIERE, JOHN DOE
LIEUTENANT, MR. FISHER, KEVIN
CARR, WISCONSIN DEPARTMENT
OF CORRECTIONS, and ABC
INSURANCE COMPANY,

    Defendants.

Case No.  20-cv-159-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

8/30/2021
Date